FOGLER v. KAHN et al., (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Henry Fogler against Sigmund Kahn and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FOLEY, Appellant, v. WRIGHT, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Timothy Foley against Josiah P. Wright.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

FOX, Appellant, v. BURNHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by William B. Fox, Jr., against Manly A. Burnham and another. No opinion. Motion denied, with $10 costs.

FRANK, Respondent, v. QUEENS COURT REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Seamon Frank against the Queens Court Realty Company. No opinion. Judgment and order unanimously affirmed, with costs.

FRANKLIN, Appellant, v. PINKUS, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Martha Franklin against Charles Pinkus. No opinion. Motion to dismiss appeal denied. Held, that the remedy of the respondent is to move at Special Term to have the case and exceptions declared abandoned.

In re FROMAN. (Supreme Court, Appellate Division, First Department. June 9, 1908.) In the matter of Samuel Froman, deceased.

PER CURIAM. Motion denied, upon condition that, if respondent consents, the case be submitted at the present term, or, if the respondent do not so consent, then upon condition that the appellant have his appeal ready for argument at the October term of this court. Order filed.

FULTON, Respondent, v. CONTINENTAL PAPER BAG CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by James N. Fulton against the Continental Paper Bag Company. No opinion. Judgment and order affirmed, with costs.

In re GAFFNEY. (Supreme Court, Appellate Division, First Department. June 12, 1908.) In the matter of James J. Gaffney. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GARDENIER. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In the matter of the proceedings for the disbarment of Wilson H. Gardenier, an attorney and counselor at law. No opinion. Application denied.

GATTO, Respondent, v. FLANNAGAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Ferdinando Gatto against William W. Flannagan. No opinion. Judgment and order affirmed, with costs.

GELOF v. MORGENROTH et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Morris Gelof against Jacob Morgenroth and others. No opinion. Motion granted. Order signed.

GERST, Appellant, v. BUFFALO COMMERCIAL INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Charles Gerst against the Buffalo Commercial Insurance Company. H. Wintner, for appellant. L. Levy, for respondent. No opinion. Judgment affirmed, with costs.

GERST, Appellant, v. BUFFALO GERMAN INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Charles Gerst against the Buffalo German Insurance Company. No opinion. Judgment affirmed, with costs. Order filed.

GILBERT, Appellant, v. MICHEL, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Amanda L. Gilbert against Leonhard Michel. No opinion. Interlocutory judgment affirmed, with costs.

GILLIGAN, Respondent, v. CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Bartholomew A. Gilligan against the city of Watertown.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents. McLENNAN, P J., not sitting.

GILPIN, Respondent, v. SAVAGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Richard S. Gilpin against William M. Savage. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to answer upon payment of the costs of the demurrer and of this appeal.

In re GLINOWIECKI. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) In the matter of the application of Erwin Glinowiecki for admission to the bar. No opinion. Application granted.

GOETZ v. RIES et al. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Ludwig E. Goetz against Nathan Ries, impleaded with others. W. N.